DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
CIVIL DETAINEE AND
PLAINTIFF

RECEIVED
2005 NOV 28 A 10:24

# U.S. DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE

DUNCAN J. MCNEIL, III

v.

UNITED STATES ET, AL.

FOR ALL CASES AND ACTIONS PENDING IN THIS COURT INCLUDING:

CASE NO:
2:05-CV-587-F

NOTICE OF CHANGE OF ADDRESS;
REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE THAT THE UNDERSIGNED HEREBY APPEARS IN THIS ACTION(S) AND PROVIDES NOTICE OF CHANGE OF ADDRESS, FOR ALL PURPOSES AND REQUESTS SPECIAL NOTICE AND SERVICE OF ALL NOTICES, PLEADINGS, ORDERS OR RULINGS AT DUNCAN J. MCNEIL, 2030 W. SPOFFORD, SPOKANE WA 99205 EFFECTIVE THIS DATE.

DATED: 1/15/05

/s/ Duncan J. McNeil

DUNCAN J. MCNEIL, III