DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT, DISABLED UNLAWFULLY INCARCERATED "CIVIL DETAINEE"

NO: FJA-74
DATE: 11/15/05
FJ - FJ-16-A

RECEIVED
2005 NOV 28 A 10:24

U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

DUNCAN J. MCNEIL, III
PLAINTIFF/APPELLANT

v.

UNITED STATES, ET, AL.
DEFENDANTS/APPELLEES

CASE NO: 2:05-CV-587-F

NOTICE OF APPEAL
APPLICATION TO PROCEED IFP ON APPEAL;
DESIGNATION OF RECORD;
MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

PLAINTIFF AND APPELLANT HEREBY APPEALS TO THE CIRCUIT COURT OF APPEALS, ALL OF THE ORDERS OF THE DISTRICT COURT, IN THIS MATTER, INCLUDING THOSE DATED: 6/23/05 AND 7/27/05

BY THE ATTACHED APPLICATION, APPELLANT SEEKS LEAVE TO APPEAL IFP, W/O PAYMENT OF COSTS AND FEES. APPELLANT DESIGNATES AS THE RECORD IN THIS APPEAL ALL OF THE DOCUMENTS AND RECORDS OF THE DISTRICT COURT IN THIS MATTER.

APPELLANT SEEKS APPOINTMENT OF COUNSEL IN THIS APPEAL, PURSUANT TO THE ATTACHED APPLICATION 28 U.S.C. § 1915(e)(1) AND JOHNSON v. U.S., 352 U.S. 565 (1957).

I CERTIFY THAT THIS APPEAL WAS FILED/MAILED BY PLACING IT INTO THE OUTGOING INDIGENT MAIL AT SCJ 5W-26 ON 11/15/05.

DATED: 11/15/05

PG 1 OF 22

[signature]
APPELLANT

DUNCAN J. MCNEIL, III
[illegible]
SPOKANE, WA 99205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
PRISIONER PLAINTIFF

SERVICE ADDRESS

MTO
DATE:
TIME:

RECEIVED
2005 NOV 28 A 10: 24

DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

DUNCAN J. MCNEIL, III
PLAINTIFF

V.

UNITED STATES AND IT'S OFFICERS & AGENCIES, ET AL

DEFENDANTS

CASE NO: 2:05-CV-587

URGENT EXPARTE MOTION: IN SUPPORT OF NOTICE OF APPEAL
① TO PROCEED IFP W/O PAYMENT OF FEES; ON APPEAL
② FOR ELECTRONIC FILING ACCESS TO COURT AND FOR A WAIVER OF PACER FEES AND ELECTRONIC FILING FEES ON APPEAL;
③ FOR APPOINTMENT OF COUNSEL ON APPEAL;
④ FOR COPIES, RECORD AND FOR SERVICE OF THE PLEADINGS ~~SUMMONS AND COMPLAINT~~ BY THE CLERK & U.S. MARSHAL PER FRCP 4(c)(2)

I, DUNCAN J. MCNEIL, III, BEING SWORN UPON OATH HEREBY DECLARE UNDER THE PENALTY OF PERJURY THE FOLLOWING:

1. THAT I AM A "QUALIFIED INDIVIDUAL" WITH AN ESTABLISHED SSA DISABILITY, WHO IS ENTITLED TO REASONABLE ACCOMMODATIONS FROM THE DEFENDANTS AND THIS COURT.

2. THAT I AM PRESENTLY UNLAWFULLY

INCARCERATED BY THE UNITED STATES, THE STATE OF WASHINGTON, COUNTY OF SPOKANE AND THE CITY OF SPOKANE, IN VIOLATION OF MY CONSTITUTIONAL AND CIVIL RIGHTS.

3. THAT I AM AN "OFFICER OF THE UNITED STATES" AS DEFINED BY 42 U.S.C. § 1985(1) APPOINTED PURSUANT TO 11 U.S.C § 1123(b)(3)(B) AS THE DISBURSING AGENT AND LIQUIDATING TRUSTEE AND GENERAL MANAGER FOR REORGANIZED DEBTOR BROADWAY BUILDINGS II, L.P., PURSUANT TO ORDER OF THE U.S. BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA.

4. THAT AS A DISABLED PERSON, I HAVE BEEN THE CONTINUAL AND ON GOING VITIM OF INTENTENDONAL DISCRIMINATION AND RETALIATION, BY THE U.S., THE STATE OF WASHINGTON, THE COUNTY OF SPOKANE, AND THE CITY OF SPOKANE, IN A KNOWING AND INTENTIONAL VIOLATION OF MY CIVIL AND CONSTITUTIONAL RIGHTS, FOR HAVING EXERCIZED MY COURT APPOINTED DUTIES PURSUANT TO THE EXECUTION AND ENFORCEMENT OF BROADWAY'S CONFIRMED PLAN, PURSUANT TO U.S. CONST. ART 4, §1, FULL FAITH & CREDIT CLAUSE. I AM PRESENTLY UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY DUE MY CONDITIONS OF INCARCERATION AND THE WITHHOLDING OF MEDICAL CARE.

5. BY THE ATTACHED IFP APPLICATION I MOVE THE COURT FOR AN ORDER ALLOWING ME TO PROCEED IN THIS ~~ACTION~~ APPEAL WITHOUT PREPAYMENT OF FEES, COPIES OR SERVICE.

6. I ALSO MOVE THE COURT FOR AN ORDER ALLOWING ME ELECTRONIC FILING STATUS, ALONG WITH A WAIVER OF PACER AND ELECTRONIC ACCESS, FILING AND SERVICE FEES.

7. I FURTHER MOVE THE COURT FOR APPOINTMENT OF COUNSEL, (A) IN THIS ~~ACTION~~ APPEAL, PURSUANT TO 28 USC§1915(e)(1), FOR THE FOLLOWING REASONS:

(a) TO ATTAIN DUE PROCESS OF LAW: THE PLAINTIFF, INDIGENT & UNLAWFULLY INCARCERATED, ASSERTS IN BRINGING THIS ACTION THAT THE PLAINTIFF HAS BEEN DENIED HIS FUNDAMENTAL RIGHTS TO DUE PROCESS OF LAW, AND HAS BEEN UNLAWFULLY DENIED ACCESS TO THE COURTS, WARRANTING APPOINTMENT OF COUNSEL IN THIS PARTICULAR CASE, SEE HATFIELD V. BAILLEAUX, 290 F.2d 632 (9TH CIR 1961);

(A) PURSUANT TO JOHNSON V. U.S., 352 U.S. 565 (1957) APPOINTMENT OF COUNSEL BY THE CIRCUIT COURT IS MANDATORY IN ORDER TO CHALLENGE THE DISTRICT COURT'S CERTIFICATE OR A LACK OF GOOD FAITH ON APPEAL.

(b) THE PLAINTIFF'S ACTION IS NECESSITATED AND BROUGHT ABOUT BY THE DEFENDANT'S ALLEGED CONSPIRACY TO CONCEAL THE PLAINTIFF'S UNLAWFUL ARRESTS, AND TO OBTAIN INVALID CRIMINAL CONVICTIONS, THEREBY WARRANTING THE APPOINTMENT OF COUNSEL, SEE WHITE V. WALSH, 649 F.2d 560 (8th CIR 1981);

(c) THE DENIAL OF COUNSEL, IN THIS PARTICULAR CASE, WOULD RESULT IN A FUNDAMENTAL UNFAIRNESS, DUE TO PLAINTIFF'S CONTINUAL DENIAL OF ACCESS TO COURTS/LAW LIBRARY, INFRINGING UPON THE INDIGENT PRISONER'S DUE PROCESS RIGHTS, THEREBY REQUIRING APPOINTMENT, SEE CHILDS V. DUCKWORTH, 705 F.2d 915 (7th CIR. 1983);

(d) APPOINTMENT OF COUNSEL IS NECESSARY WHEN AN INDIGENT PRISONER, AS IN THIS CASE, IS PROHIBITED ADEQUATE ACCESS TO LAW LIBRARY, COPIER, TYPEWRITER, AND OTHER RESOURCES NEEDED TO PROSECUTE THE CASE, SEE RAYES V. JOHNSON, 969 F.2d 700 (8th CIR. 1992);

(e) THE INDIGENT PRISONER IS PERMANENTLY DISABLED, WITH A CHRONIC

SPECIFICALLY PG 22 OF 22
(SEE PGS _ OF _ TO _ OF _ ATTACHED)

DIBILIATING DISEASE, CHRONIC DISEASE, WHICH LIMITS AND INTERFERES WITH THE INDIGENT DISABLED PRISONER'S ABILITY TO PRESENT HIS CASE TO THE COURT, AND RECIEVE A FAIR TRIAL. SEE McCARTHY v. WEINBERG, 753 F.2d 836 (10th CIR 1985); JACKSON v. COUNTY OF McLEAN, 953 F.2d 1070 (7th CIR 1992).

8. THE SUBJECT ACTION RELATES TO SIGNIFICANT CONSTITUTIONAL ISSUES, OF PUBLIC IMPORTANCE, AS TO FULL FAITH & CREDIT, ACCESS TO COURTS, & FALSIFIED CRIMINAL HISTORY AND INDIVIDUAL AGENCY RECORDS, WHICH WARRANT THE APPOINTMENT OF COUNSEL (1) AS THE CASE RAISES SEVERAL ISSUES OF FIRST IMPRESSION, WHICH COULD LEAD TO SIGNIFICANT PRECEDENTIAL AUTHORITY.

9. THE PLAINTIFF MOVES THE COURT FOR AN ORDER REQUIRING SERVICE AND PREPARATION OF THE RECORD IN THIS APPEAL ~~OF THE SUMMONS & COMPLAINT ON THE DEFENDANTS BY THE U.S. MARSHAL SERVICE~~ AT THE COST OF THE U.S.

I DECLARE THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES.

DATED: 11/15/05 6 OF 22

PG [illegible]

[signature]

(1) THAT I HAVE CONTACTED OVER 30 PUBLIC SERVICE AGENCIES, ANY LEGAL CLINICS, SEEKING APPOINTMENT MEDICAL OR ASSISTANCE AGENCIES, COUNSEL IN LAST 180 DAYS AND EACH HAS EITHER FAILED TO REPLY OR DECLINED DUE TO COMPLEXITY OF CASE

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 2, 2003
Claim Number: 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HA

8125 MCS,PC7,J,BA,T137,85$,153 B0004958 82 MB 5.5M
DUNCAN J MCNEIL III
PO BOX 2906
SPOKANE, WA 99220-2906

You are entitled to monthly disability benefits beginning May 2003.

**The Date You Became Disabled**

We found that you became disabled under our rules on November 5, 2002. This is different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is May 2003.

**What We Will Pay And When**

- You will receive $3,080.00 around September 8, 2003.
- This is the money you are due for May 2003 through August 2003.
- Your next payment of $770.00, which is for September 2003, will be received on or about the third Wednesday of October 2003.
- After that you will receive $770.00 on or about the third Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C

See Next Page

#9

PG 11 OF 22

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HA                                             Page 2 of 3

### Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

### Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work. The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

If you go to work, special rules allow us to continue your cash payments and health care coverage. For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

### Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.



PG /~~~~~~ /2 of 22

20030002_X_46_SSA_Award_Letter.may

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HA                                                                    Page 3 of 3

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**If You Want Help With Your Appeal**

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-509-353-2591. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE A
> 811 E SPRAGUE AVE
> SPOKANE, WA 99202

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Jo Anne B. Barnhart
Commissioner
of Social Security

PG /~~1 TO 20~~ 13 OF 22

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

M7

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: November 30, 2003
Claim Number: 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 HA

Duncan McNeil III
PO Box 2906
Spokane WA 99220

We are writing to you about court order number IN4871523.

In an earlier letter, we told you that we might have to take money out of your Social Security payments to satisfy the court order. Washington State Support Registry has ordered us to take money out to collect child support and/or alimony. Therefore, we will reduce the monthly payments beginning November 2003.

**What We Will Take Out**

We will take out $385.00 from each monthly payment to collect what you owe. ~~You will receive a check for $385.00 each month~~ beginning with the check you receive around December 3, 2003.

**If You Disagree With The Decision**

If you disagree with the decision of Washington State Support Registry, you will need to contact them directly, or have a lawyer do this for you. They can be contacted at:

Washington State Support Registry
PO Box 45868
Olympia WA 98504

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-509-353-2591. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.

SEE NEXT PAGE

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 HA

You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE A
811 E SPRAGUE AVE
SPOKANE,WA 99202

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

W Burnell Hurt
W. Burnell Hurt
Associate Commissioner for
Central Operations

From: Duncan J. McNeil To: James R. Larsen Date: 7/30/2004 Time: 4:02:18 PM Page 9 of 14

Nov 07 03 01:50p p.2
From: Duncan J. McNeil 509-271-3775 To: MD Dr. Charles W. Laudenbach Date: 11/7/2003 Time: 10:40:20 AM Page 2 of 2

Oct 08 03 03:34p p.2

400 East Fifth Avenue, P.O. Box 3449
Spokane, WA 99220-3449
Phone: (509) 838-2531 /1-800-776-4048
Fax: (509) 459-1597
www.rockwoodclinic.com

September 22, 2003

Duncan J McNeil III
P.O. Box 2906
Spokane, WA 99220-2906

RE:
MCNEIL, DUNCAN III J
1571942
DOB: 03/14/1957

TO WHOM IT MAY CONCERN:

Mr. McNeil is a patient whom I have seen since January of 2001. Mr. McNeil, unfortunately has a medical condition resulting in his inability to appear in court. I would appreciate it if this can be taken into consideration and possibly a telephone appearance could be allowed in this case.

Thank you for your consideration.

Sincerely,

C. Laudenbach MD

Charles Laudenbach, MD
Internal Medicine

408/J:1351822/D:1484856/CL:10
D: 09/22/2003 17:57:38
T: 09/24/2003 08:15:48

PG 16 OF 22

20030922 X-44 Letter from Dr Laudenbach SIGNED re telephone appearance.max

From: Duncan J. McNeil To: James R. Larsen Case 2:05-cv-00587-MEF-SRW  Document 8  Filed 11/28/2005  Page 13 of 18
Date: 7/30/2004 Time: 4:02:18 PM
Page 10 of 14

Sent By: LINOLEUM AND CARPET CITY;      5093269438;         Sep-5-03  3:39PM;      Page 1/1
To: ESG EFAX           At: 92713775

# Ronald M. Klein, Ph.D.
### Behavioral Medicine Service
### 601 West Main Avenue, Suite 1011
### Spokane, WA 99201   (509) 838-1285

09/02/2003

Division of Disability Determination

Spokane, WA

re: Duncan McNeill       DOB: 3/14/1957

Dear Sir/Madam:

Mr. McNeill was a patient of mine three years ago. With his consent, I am providing you with the following information. His dates of service were:
   11-14-00; 11-21-00; 11-28-00; 12-5-00; and 12-29-00.
He had been referred by his physician Dr. Creel at Rockwood Clinic. After my initial evaluation of him on 11-14-00, I diagnosed Mr. McNeill with [redacted confidential] [redacted confidential]. He appeared to be reacting to a newspaper story published at that time about his ongoing legal dispute with well known public officials. Mr. McNeill felt he had been characterized in that story in a grossly unfair manner. He was also being treated by his physician for ongoing [redacted] and was being medicated for that. I provided [redacted] to Mr. McNeill during those sessions and also made recommendations to his physician regarding use of [redacted confidential]. I have not seen him clinically since 12-29-00. I did have a recent phone conversation with him during which he informed me that his symptoms have continued on since that time and that your agency has found him to be disabled. It is my understanding that Mr. McNeill has undergone [redacted confidential] with other practitioners over these past 3 years.

Sincerely,

*[signature]*

Ronald M. Klein, Ph.D.
Behavioral Medicine Service



**Community Health Association of Spokane**

**07/13/2004**

**RE: Dj McNeil**

To Whom it may Concern;

Mr. McNeil has been diagnosed with colitis. He was last seen in clinic 05/24/04. He phoned the clinic 07/08/04 and stated he was having a flare of colitis. He phoned the clinic again today asking for a letter stating that he is having a flare of colitis, is bedridden, and is unable to appear in court on 07/14/04. Since the patient has not been seen in this clinic since May 24 of this year, I cannot verify his current health status relative to his colitis; nonetheless, he requested a letter to inform the court of the foregoing.

Thank you for your consideration.

Sincerely,

Bill Lawson

Bill Lawson, PA-C

CC: Patient file

**Maple CHAS Clinic**
**3919 North Maple Street**
**Spokane, WA 99205**
**(509) 444-7801**

**DT CHAS Clinic**
**1001 W 2nd Ave.**
**Spokane, WA 99201**
**(509) 838-1205**

**Valley CHAS Clinic**
**9227 E. Main St.**
**Spokane, WA 99206**
**(509) 444-8200**

**NE CHAS Clinic**
**4001 N. Cook St**
**Spokane, WA 99207**
**(509) 487-1604**



**Community Health Association of Spokane**

**09/03/2004**

**RE: Dj McNeil**

To: Whom It May Concern

This person has anxiety and is on treatment for it. He may do better to have telephone appearances for his court hearings.

Sincerely,

Alisa ML Hideg, MD

CC: Patient file

**Maple CHAS Clinic**
**3919 North Maple Street**
**Spokane, WA 99205**
**(509) 444-7801**

**DT CHAS Clinic**
**1001 W 2nd Ave.**
**Spokane, WA 99201**
**(509) 835-1205**

**Valley CHAS Clinic**
**9227 E. Main St.**
**Spokane, WA 99206**
**(509) 444-8200**

**NE CHAS Clinic**
**4001 N. Cook St**
**Spokane, WA 99207**
**(509) 487-1604**

# Community Health Association of Spokane

3919 North Maple St.
Spokane, WA 99205
(509) 444-7801

9227 E. Main St
Spokane, WA 99206
(509) 444-8200

1001 W. 2nd
Spokane, WA 99201
(509) 835-1205

4001 N. Cook St
Spokane, WA 99207
(509) 487-1604

**Encounter Date: 09/03/2004 Provider: Alisa Hideg MD**
**Patient Name: McNeil , Dj Date of Birth: 03/14/1957**

**Pt. here for Follow-up OV.**
47 Years old, male Pt. here for Follow-up OV.

**CHIEF COMPLAINT**

1. **Colitis (follow-up)** Comments: Pt states that he is having a falre up of his colitis again. Pt feels he is having burning w/ urination and stools passing. Pt has not had much blood in his stool for 6 weeks. He had bleeding for approximately 6 days in his emesis and stools at that time 6 weeks ago. Nauseated x two and 1/2 weeks now.

2. **Anxiety (follow-up)** Comments: He denies caffeine use. Pt is going to court re: charges against him - not specific. Has friend who is here w/ him. Pt wants medication to use when anxious about going outside

**CHRONIC CONDITIONS**

1. **ASTHMA.**
2. **Anxiety state NOS.**

**CURRENT MEDICATIONS**

| Brand Name | Dose Note | Route Desc | Sig Desc |
|---|---|---|---|
| Prevacid daily (PT ASSISTANCE) | 30mg | Oral | Take one capsule by mouth |
| Advair Diskus twice daily | 100/50 | Inhalation | Inhale 1 puff into your lungs |
| Celebrex | 200mg | Oral | one tablet by mouth daily |
| Albuterol | 90mcg | Inhalation | |
| Flovent | 110mcg | Inhalation | |
| Prilosec | 20mg | Oral | |

**ALLERGIES**

| Description | Reaction: |
|---|---|
| No Known Drug Allergies | |

**Nurse/MA Comments:**
Allergy List Confirmed. Medications Confirmed. Immunizations Confirmed.
Immunizations Up-to-Date

**Physical Examination:**

**Vital Signs:**
Height: 72.00 inches. (182.88 cm), Weight: 216.00 lbs. (98.18 kgs). BMI = 29.32;
Temperature: 97.00 F. (36.11 C) Respirations: 16
170/120 Right arm sitting. (used Regular Adult cuff).
Pulse rate is 84 per minute, regular.
Orthostatic B/Ps: L arm supine, B/P is 160/100; Pulse L arm supine is 84 beats/minute.

**Constitutional:**

PG 20 OF 22

No acute distress. Well nourished.
Appearance: disheveled.

**Abdomen:** Abdomen soft, non-tender, non-distended; normal bowel tones; no hepatosplenomegaly. No palpable mass; no CVA tenderness.

***P.H.Q.***

1. Feeling down, depressed or hopeless?
   **Nearly every day.**
2. Little interest or pleasure in doing things.
   **Not al all.**
3. Trouble falling asleep or sleeping too much
   **Nearly every day.**
4. Feeling tired or having little energy
   **Nearly every day.**
5. Poor appetite or overeating
   **Nearly every day.**
6. Feeling bad about yourself--or that you are a failure or have let yourself or your family down.
   **Nearly every day.**
7. Trouble concentrating on things, such as reading the newspaper or watching television.
   **Nearly every day.**
8. Moving or speaking so slowly that other people could have noticed? Or the opposite--being so fidgety or restless that you have been moving around a lot more than usual?
   **Nearly every day.**
9. Thoughts that you would be better off dead, or of hurting yourself in some way?
   **Not at all.**
10. If you are experiencing any of these problems, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?
    **Extremely difficult.**
11. If these problems have caused you difficulty, have they caused you difficulty for two years or more?
    **Yes, I have had difficulty with these problems for 2 years or more.**

How many days in the last two weeks have you missed doing things because you are depressed?
**14 Day(s)**

**Depression symptom score is 0;**
**Severity score is 21;** . **Severe Depression.**

* **Client has significant functionability impairment.**
**Consider DX of Dysthymia.**
**Client is in CHAPPY Registry.**
Next PHQ due in 4-8 weeks, (10/01/2004).

**In-House labs:**
Urine Dipstick values:
Spec gravity: 1.015; Ph: 5; Leukocytes: negative; Nitrites: negative; Protein: negative; Glucose: normal; Ketones: negative; Urobilinogen: normal; Bilirubin: negative;
Blood: negative;
Blood glucose: 96mg/dl.

9

**ASSESSMENT / PLAN**

PG 21 of 22

1. **Colitis, ulcerative NOS** (Re: eval & TX of ICD-9 556.9).
- Start Asacol

F/U w/ GI

2. **Panic disorder** (Re: eval & TX of ICD-9 300.01).

Pt to increase zoloft dose
Use hydroxyzine prn

**Medications ordered this visit:** (Potential adverse drug reactions discussed.)

| Brand Name | Dose | Rx Refills | Rx Quanity | Sig Desc |
|---|---|---|---|---|
| Asacol | 400mg | 0 | 30 | one tablet by mouth three times dai |
| Metamucil | | 0 | 0 | 1 tbsp po BID |
| Zoloft | 100mg | 3 | 30 | two tablets by m. uth daily |
| Atarax | 100mg | 1 | 90 | 1/2 to 1 tab po q 4-6 hrs prn anxiety |

MA/Nurse: Mark E. Brooks
Alisa Hideg MD