# UNITED STATES DISTRICT COURT

_____ District of ████████

Duncan T. McNeil
Plaintiff

V.

United States
Defendant

RECEIVED
NOV 28 2004
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

2:05 cv 587-F

CASE NUMBER:

I, Duncan T. McNeil declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration   Spokane Co. Jail
   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   SSA Disabled since 10/00

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☒ Yes   ☐ No   SSA #580/mo. suspended while unlawfully incarcerated
   e. Gifts or inheritances                            ☐ Yes   ☒ No
   f. Any other sources                                ☐ Yes   ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

PG ~~60 of 020~~ 7 of 22

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   D.J. MCNEIL, SON, 15
   PAIGE MCNEIL, DAUGHTER, 10

   ±$585/mo.
   PAID BY SSA
   EXCEPT WHILE
   UNLAWFULLY
   INCARCERATED

I declare under penalty of perjury that the above information is true and correct.

11/15/05

_____    _____
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date |

PG 8 OF 22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~~~~~~~

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __MCNEIL__ v. __UNITED STATES__

Civil Action No. _____

I, __DUNCAN J. MCNEIL # CW#293752__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

PG. 9 OF 22

SPOKANE COUNTY JAIL
Resident Account Summary
Friday, October 07, 2005 @08:53

```
================================================================
For IDENT Number: 293752     MCNEIL, DUNCAN J
----------------------------------------------------------------
 Date       Transaction Description           Amount   Balance    Owed     Held   Reference
----------------------------------------------------------------
10/06/2005  MEDICAL     MD 10/5/05             12.00    0.00    760.70    0.00
10/05/2005  INP         OID:100062459-ComisaryPur  3.70  0.00   748.70    0.00
09/28/2005  INP         OID:100061989-ComisaryPur  3.70  0.00   745.00    0.00
09/21/2005  INP         OID:100061533-ComisaryPur  3.70  0.00   741.30    0.00
09/14/2005  INP         OID:100061076-ComisaryPur  3.70  0.00   737.60    0.00
09/07/2005  INP         OID:100060642-ComisaryPur  3.70  0.00   733.90    0.00
08/31/2005  INP         OID:100060204-ComisaryPur  3.70  0.00   730.20    0.00
08/24/2005  INP         OID:100059749-ComisaryPur  3.70  0.00   726.50    0.00
08/17/2005  INP         OID:100059278-ComisaryPur  3.70  0.00   722.80    0.00
08/10/2005  INP         OID:100058810-ComisaryPur  3.70  0.00   719.10    0.00
08/03/2005  INP         OID:100058235-ComisaryPur  3.70  0.00   715.40    0.00
07/27/2005  INP         OID:100057872-ComisaryPur  3.70  0.00   711.70    0.00
07/20/2005  INP         OID:100057425-ComisaryPur  3.40  0.00   708.00    0.00
07/13/2005  INP         OID:100056938-ComisaryPur  3.35  0.00   704.60    0.00
07/07/2005  <INP>       OID:100056507-ComisaryRef -0.15  0.00   701.25    0.00
07/07/2005  INF         OID:100056507-ComisaryRef  0.15  0.15   701.40    0.00
07/06/2005  INP         OID:100056507-ComisaryPur  3.50  0.00   701.40    0.00
06/29/2005  MEDICAL     RX MAY                 24.00    0.00   697.90    0.00
06/29/2005  INP         OID:100056040-ComisaryPur  3.50  0.00   673.90    0.00
06/20/2005  INP         OID:100055342-ComisaryPur  3.50  0.00   670.40    0.00
06/13/2005  INP         OID:100054904-ComisaryPur  3.50  0.00   666.90    0.00
06/06/2005  INP         OID:100054462-ComisaryPur  3.50  0.00   663.40    0.00
06/02/2005  MEDICAL     RX APRIL               35.85    0.00   659.90    0.00
06/02/2005  MEDICAL     RX MARCH               40.70    0.00   624.05    0.00
05/27/2005  INP         OID:100054023-ComisaryPur  3.50  0.00   583.35    0.00
05/20/2005  MEDICAL     DENTAL 5/19/05         12.00    0.00   579.85    0.00
05/18/2005  INP         OID:100053331-ComisaryPur  3.50  0.00   567.85    0.00
05/11/2005  INP         OID:100052806-ComisaryPur  3.50  0.00   564.35    0.00
05/04/2005  INP         OID:100052439-ComisaryPur  3.70  0.00   560.85    0.00
04/27/2005  INP         OID:100052018-ComisaryPur  3.70  0.00   557.15    0.00
04/20/2005  INP         OID:100051599-ComisaryPur  3.70  0.00   553.45    0.00
04/13/2005  INP         OID:100051172-ComisaryPur  3.37  0.00   549.75    0.00
04/06/2005  INP         OID:100050768-ComisaryPur  3.70  0.00   546.38    0.00
03/30/2005  INP         OID:100050336-ComisaryPur  3.70  0.00   542.68    0.00
03/23/2005  INP         OID:100049966-ComisaryPur  3.54  0.00   538.98    0.00
03/16/2005  MEDICAL     DENTAL 3/15/05         12.00    0.00   535.44    0.00
03/16/2005  MEDICAL     MD 3/14/05             12.00    0.00   523.44    0.00
03/14/2005  INP         OID:100049080-ComisaryPur  3.54  0.00   511.44    0.00
03/11/2005  MEDICAL     RX FEB                 47.45    0.00   507.90    0.00
03/09/2005  BOOKIN CASH INITIAL DEPOSIT - REINSTA  0.00  0.00   460.45    0.00
02/18/2005  MEDICAL     RX JANUARY              6.00    0.00   460.45    0.00
02/14/2005  INP         OID:100047349-ComisaryPur  3.54  0.00   454.45    0.00
02/07/2005  MEDICAL     MD 2/7/05              12.00    0.00   450.91    0.00
02/07/2005  INP         OID:100046882-ComisaryPur  3.54  0.00   438.91    0.00
01/31/2005  INP         OID:100046399-ComisaryPur  3.54  0.00   435.37    0.00
01/19/2005  MEDICAL     RX DECEMBER            36.00    0.00   431.83    0.00
12/20/2004  INP         OID:100043439-ComisaryPur  3.51  0.00   395.83    0.00
12/16/2004  MEDICAL     RX NOVEMBER            12.00    0.00   392.32    0.00
12/10/2004  INTAKE FEE  MCNEIL, DUNCAN J       89.12    0.00   380.32    0.00
12/10/2004  <INTAKE FEE Payment for INTAKE FEE on -1.47  0.00   291.20    0.00
12/10/2004  BOOKIN CASH INITIAL DEPOSIT         1.47    1.47   292.67    0.00
11/19/2004  MEDICAL     RX OCT                 30.00    0.00   292.67    0.00
11/08/2004  INP         OID:100040537-ComisaryPu
11/01/2004  INP         OID:100039969-ComisaryPu
10/25/2004  INP         OID:100039555-ComisaryPu
10/20/2004  BOOKIN CASH INITIAL DEPOSIT - REINST
10/18/2004  INP         OID:100039049-ComisaryPu
10/13/2004  MEDICAL     RX SEPTEMBER
```

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL WHICH IS ON FILE AND RECORDED IN THE OFFICE OF THE SPOKANE COUNTY JAIL, SPOKANE, WASHINGTON DATED THIS _7th_ DAY OF _Oct_ ,20_05_

BY: _[signature]_

TITLE: _Jail Office Supervisor_

PG 10 OF 22