IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-16643-H

DUNCAN J. MCNEIL, III,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,
CLERK, U.S. DISTRICT COURT,
M.D.-AL, et al.,

Defendants-Appellees.

---

Appeal from the United States District Court for the

Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk within the time fixed by the rules, effective this 14th day of March, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Liz McDonald
    Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40