IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-12856-C

IN RE:

DUNCAN J. MCNEIL,

Petitioner.



On Petition for Writ of Mandamus
to the United States District Court for the
Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this petition is hereby dismissed for want of prosecution because petitioner has failed to pay the $450 docket fee to the clerk of this court, within the time fixed by the rules, effective this 11th day of July, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Pam Holloway
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40